# Court of Appeals
# of the State of Georgia

ATLANTA, September 04, 2014

*The Court of Appeals hereby passes the following order:*

**A14D0480.  MARQUISE ROBBINS v. KEITH CARTER, et al.**

On August 8, 2014, Marquise Robbins filed this application for discretionary review of the trial court's June 20, 2014, order dismissing his civil complaint.[1] We lack jurisdiction because the application is untimely.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Here, Robbins filed his application 49 days after entry of the order he seeks to appeal. Therefore, his application is untimely, and it is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 09/04/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] Because Robbins was incarcerated when he filed his civil action, his case is controlled by the Prison Litigation Reform Act of 1996. See OCGA § 42-12-8. Accordingly, to obtain appellate review of the trial court's order, he was required to follow the discretionary appeal procedures.